```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 10020
   LINDA CHENIER
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-4435

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 08/17/2006 and was confirmed 11/15/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  22.00%.

      The case was converted to chapter 7 after confirmation 11/07/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
BANK OF PALATINE           SECURED               .00            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY              .00            .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED       12616.42            .00         297.12
BANK OF AMERICA NA         UNSECURED       NOT FILED           .00            .00
CAPITAL ONE                UNSECURED        9293.11            .00         218.86
CAPITAL ONE                NOTICE ONLY    NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED       21264.89            .00         500.79
ECAST SETTLEMENT CORP      UNSECURED        6633.88            .00         156.23
DISCOVER BANK              UNSECURED        6731.18            .00         158.52
LVNV FUNDING LLC           UNSECURED        4313.54            .00         101.59
NATIONAL FINANCIAL SYSTE   UNSECURED       NOT FILED           .00            .00
EMERGE MASTERCARD          UNSECURED        9594.56            .00         225.96
WELLS FARGO FINANCIAL IL   UNSECURED         522.11            .00            .00
INTERNAL REVENUE SERVICE   UNSECURED             .00            .00            .00
ROUNDUP FUNDING LLC        UNSECURED       17925.43            .00         422.15
ECAST SETTLEMENT CORP      UNSECURED         565.35            .00            .00
JEFF WHITEHEAD             DEBTOR ATTY     1,874.00                       1,874.00
TOM VAUGHN                 TRUSTEE                                          257.41
DEBTOR REFUND              REFUND                                            27.37

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                4,240.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                        2,081.22
ADMINISTRATIVE                                   1,874.00
TRUSTEE COMPENSATION                               257.41
DEBTOR REFUND                                       27.37

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 10020 LINDA CHENIER
```

```
                                    ---------------      ---------------
TOTALS                                      4,240.00             4,240.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 02/27/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                              PAGE   2
         CASE NO. 06 B 10020 LINDA CHENIER